1
2
3
4
5
6
7
8                         UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MACK LUCAS,                                  No.  2:22-cv-1175 KJN P

12                 Petitioner,

13        v.                                       ORDER

14   PEOPLE OF THE STATE OF
     CALIFORNIA,
15
                  Respondents.
16

17

18        Petitioner, in county custody proceeding pro se, filed an application for a writ of habeas

19   corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma pauperis

20   affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).  Therefore,

21   petitioner will be provided the opportunity to either submit the appropriate affidavit in support of

22   a request to proceed in forma pauperis or submit the appropriate filing fee.

23        In accordance with the above, IT IS HEREBY ORDERED that:

24        1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in

25   support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's

26   failure to comply with this order will result in a recommendation that this action be dismissed;

27   and

28   /////

                                                   1

1    2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis

2   form used by this district.

3   Dated:  July 14, 2022

4

5                                                    KENDALL J. NEWMAN
                                                     UNITED STATES MAGISTRATE JUDGE
6

7   luca1175.101a

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2